**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **DOUGLAS E. MILLER** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 3:20-CV-310-CHB** |
| | ) | |
| **MARK BATSON, et al.** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |
| | ) | |

## ORDER

The motion having been made, and this Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiff shall be permitted to file a consolidated response to

Defendants' Motions for Summary Judgment (DN 99 & DN 101).

_____
JUDGE

DATE:_____