# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**DOUGLAS E. MILLER**                                                                 **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 3:20-CV-310-CHB**

**MARK BATSON et al**                                                                **DEFENDANT**

## REPORT OF TELEPHONIC STATUS CONFERENCE

A telephonic status conference was conducted in this matter on May 27, 2025. Andrew T. Lay participated on behalf of the plaintiff. Kristie Babbitt Walker participated on behalf of the defendants.

Based on a discussion, a settlement conference will be scheduled, by separate order, before the Magistrate Judge.

Date: May 27, 2025         **ENTERED BY ORDER OF COURT:**
                           **REGINA S. EDWARDS, MAGISTRATE JUDGE**
                           **UNITED STATES DISTRICT COURT**
                           **JAMES J. VILT, JR., CLERK**
                             By: /s/ *Ashley Henry*
                                   **Deputy Clerk**

Copies to counsel

0|10