**Ryan, Allen D**

| | |
|---|---|
| **From:** | Morrison, Bobbie |
| **Sent:** | Friday, January 17, 2020 11:24 AM |
| **To:** | Ryan, Allen D |
| **Cc:** | Morrison, Bobbie |
| **Subject:** | Emailing: printjobdescription.html |



# LOUISVILLE METRO GOVERNMENT

## JOB DESCRIPTION

**Job Code** 076240

**Effective Date** 04/22/2018

**Description** Tow-in Equipment Operator 5day

**Original Date**

**Revision Date** 02/10/2015

**Essential Functions** Operates wreckers and related equipment

**Examples Of Work** UNDER GENERAL SUPERVISION
Tows illegally parked cars, cars from accident and crime scenes and stolen cars to the Vehicle Impoundment Lot
Tows damaged or broken down police vehicles and city equipment
Changes tires and jump starts or changes batteries to maintain vehicles
Unlocks locked vehicles
Answers phones and assists callers in locating their vehicles and maintains tow logs
Collects impounded vehicle fees
Releases impounded vehicles to the owners
Logs impounded vehicles and records license numbers
Prepares vehicles for auction and tows vehicles to the auction site
Takes wreckers to shop for repairs
Performs related work

**Physical Requirement and Working Conditions** Meets regular and punctual attendance standards and any special needs of the position as determined by management, including mandatory overtime and performing related work
Lifts and carries items weighing up to 75 pounds

**Minimum Requirements** High school diploma or the equivalent

Two years of experience in the operation of wreckers or heavy equipment

**Other Minimum Requirements** Must not have been convicted of a felony
Misdemeanor convictions will be considered on an individual basis
Must submit to a pre-employment drug screening
Must submit to a pre-employment polygraph test
Applicants who have bought, sold or used marijuana within three years of application, or have

1